```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ANTHONY FELIX,

                Petitioner,
                                              O R D E R
          - against -
                                              16 Civ. 4751 (NRB)
UNITED STATES OF AMERICA,

                Defendant.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on June 20, 2016, petitioner Anthony Felix filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, see ECF No. 1; and

    **WHEREAS** petitioner was released from the custody of the Bureau of Prisons on July 24, 2017; and

    **WHEREAS** on April 20, 2020, the Court granted a request from the Probation Department that petitioner's term of supervised release be terminated; it is hereby

    **ORDERED** that the above-captioned action be dismissed. The Clerk of Court is respectfully directed to close this case.

```
DATED:    New York, New York
          April 20, 2020

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE
```